

FILED
07/16/2021
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: OP 21-0335

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 21-0335

B.D. and J.D.,

      Petitioners,

v.

THIRTEENTH JUDICIAL DISTRICT,
YELLOWSTONE COUNTY,
HONORABLE ROD SOUZA, Presiding,

      Respondent.

FILED

JUL 16 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

On July 16, 2021, this Court ordered a response to a Petition for a Writ of Supervisory Control Petitioners B.D. and J.D. seek to reverse an order of the Thirteenth Judicial District Court, Yellowstone County, in Cause Nos. DN-18-411 and DN-19-194, that denied their motions to intervene.

Upon further consideration, the Court has determined not to request a response at this juncture.

THEREFORE, IT IS ORDERED that the July 16, 2021 Order requesting a response to the Petition is WITHDRAWN.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Thirteenth Judicial District Court, Yellowstone County, Cause Nos. DN-18-411 and DN-19-194, and the Honorable Rod Souza, presiding.

DATED this 16th day of July, 2021.

For the Court,

_____
Justice